IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UPM RAFLATAC, INC.,

   Plaintiff,

v.

CATAPULT PRINT AND
PACKAGING, LLC,

   Defendant.

Case No.

## COMPLAINT FOR DAMAGES

The plaintiff UPM Raflatac, Inc. (the "Plaintiff" or "UPM") for its complaint (the "Complaint") against the defendant Catapult Print and Packaging, LLC ("Catapult"), alleges upon personal knowledge with respect to itself and its own acts, and upon information and belief with respect to all other matters, as follows:

## NATURE OF THE ACTION

1. By this action UPM seeks damages against Catapult based upon an action for the price, open book account, account stated, restitution, and breach of contract.

## THE PARTIES

2. UPM is a North Carolina corporation with its principal place of business in Mills River, North Carolina.

3. Catapult is a Florida limited liability corporation with its residence and principal place of business in Orlando, Florida.

4. Catapult's members are residents of Orange County, Florida, and not residents of North Carolina.

## JURISDICTION AND VENUE

5. The Court has jurisdiction of this action under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship exists.

6. Personal jurisdiction over Catapult exists because Catapult is a resident of Orlando, Florida, through its members. Catapult is also subject to personal jurisdiction under Fla. Stat. § 48.193(1)(a), (2).

7. Venue is proper under 28 U.S.C. § 1391(b) because Catapult is a resident in this District and a substantial part of the events giving rise to the claims occurred in this District.

## FACTUAL ALLEGATIONS

**A.  The relevant parties and their businesses.**

8. UPM is a manufacturer and supplier of labels and labeling services.

9. Catapult provides printing services and products.

**B.  Catapult's liability for the goods provided by UPM.**

10. Between about May and December 2020, UPM shipped $1,371,857.73 of products (the "Goods") in fulfillment of Catapult's orders.

11. Payment for the Goods was and is due between July 2020 and March 2021. A true and correct copy of a statement of account (the "Statement of Account") identifying the invoices for the Goods (the "Invoices") is attached hereto as Exhibit A.

12. Catapult requested the Goods.

13. UPM provided quotes to Catapult for the Goods.

14. Catapult agreed to pay $1,371,857.73 for the Goods.

15. UPM sent the Goods to Catapult.

16. Catapult received the Goods.

17. The Goods were duly delivered as requested by Catapult.

18. Catapult and its designees accepted delivery of the Goods.

19. Catapult did not reject the Goods.

20. Catapult did not validly revoke its acceptance of the Goods.

21. Catapult did not timely notify UPM of any dispute about the quality of the Goods.

22. UPM issued the Invoices.

23. Catapult received the Invoices.

24. Catapult did not object to the Invoices.

25. Catapult has failed to pay the Invoices in full.

26. Catapult is liable to UPM in an amount to be determined at trial but in no event less than $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## COUNT I
### (Action for the Price against Catapult)

27. UPM repeats and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

28. Catapult and its designees accepted delivery of the Goods.

29. Catapult never rejected the Goods.

30. Catapult never validly revoked its acceptance of the Goods.

31. UPM is entitled to damages against Catapult in an amount to be determined at trial but in no event less than $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## COUNT II
### (Open Book Account against Catapult)

32. UPM repeats and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

33. In the ordinary course of business, UPM maintained the Statement of Account detailing the debits and credits arising out of its transactions with Catapult.

34. UPM's Statement of Account sufficiently states charges against Catapult and in favor of UPM of $1,371,857.73, plus interest, so that the amount owed to UPM can be determined from it.

35. UPM has established an open book account against Catapult for an amount to be determined at trial but in no event less than $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## COUNT III
### (Account Stated against Catapult)

36. UPM repeats and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

37. Contemporaneous with the shipments of the Goods, UPM submitted the Invoices to Catapult setting forth the balances owed to Plaintiff.

38. Catapult retained the aforementioned Invoices without objection.

39. Catapult expressly acknowledged the correctness of the balance owed for the Goods.

40. Catapult impliedly acknowledged the correctness of the balance owed for the Goods.

41. UPM has stated an account against Catapult for an amount to be determined at trial but in no event less than $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## COUNT IV
### (Restitution/*Quasi*-Contract against Catapult)

42. UPM repeats and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

43. UPM conferred a benefit on Catapult by providing Catapult with the Goods at Catapult's request.

44. Catapult would be unjustly enriched if it is permitted to retain the value of the Goods without paying for them.

45. UPM is entitled to damages against Catapult in an amount to be

5

determined at trial but in no event less than $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## COUNT V
### (Breach of Contract against Catapult)

46. UPM repeats and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

47. Catapult requested the Goods.

48. UPM offered to provide the Goods to Catapult for $1,371,857.73, plus any applicable late charges, for the Goods.

49. Catapult accepted UPM's offer to provide the Goods to Catapult for $1,371,857.73, plus applicable late charges.

50. UPM provided the Goods to Catapult.

51. UPM has performed all of its obligations to Catapult.

52. No part of the sum owed for the Goods has been paid by Catapult, although UPM has demanded payment.

53. There is now due, owing and unpaid to UPM, from Catapult, the principal sum of at least $1,371,857.73, plus interest for late payments.

54. As a direct and proximate result of Catapult's breach(es), UPM has been damaged, and is entitled to recover from Catapult, damages in the principal sum of $1,371,857.73, plus interest under Fla. Stat. Ann. § 687.01, and the costs of suit.

## PRAYER FOR RELIEF

WHEREFORE, UPM prays for a judgment against Catapult as follows:

A. For damages in the sum of at least $1,371,857.73;

B. For prejudgment interest;

C. For UPM's attorney fees and costs incurred;

D. For preliminary and permanent injunctive relief, including an attachment of the Catapult's assets; and

E. For such other and further relief as the Court deems just and equitable.

Dated: December 17, 2020   Respectfully Submitted,

/s/ Amanda E. Finley
Amanda E. Finley
Florida Bar No. 100225
Attorney for UPM Raflatac, Inc.
SEQUOR LAW
1111 Brickell Bay Drive, Ste. 1250
Miami, FL 33131
Telephone: (305) 372-8282
Fax: (305) 372-8202
Email: AFinley@Sequorlaw.com

*and*

Sean J. Lowe (Trial Counsel)
Cal. Bar No. 295653 (*pro hac vice forthcoming*)
Attorneys for UPM Raflatac, Inc.
BLAKELEY LLP
18500 Von Karman Ave., Suite 530
Irvine, CA 92612
Telephone: (949) 260-0611
Fax: (949) 260-0615
Email: SLowe@BlakeleyLLP.com

*EXHIBIT "A"*

SEQUOR LAW, P.A.

UPM Raflatac, Inc. Statement of Account

Customer: Catapult Print and Packaging, LLC

| Document Number | Reference | Document Date | Net Due Date | Amount Due |
|---|---|---|---|---|
| 64002754 | 1290732242 | 11/1/2020 | 7/30/2020 | $3,986.27 |
| FH10035062 | 1290732243 | 5/1/2020 | 7/30/2020 | $12,709.15 |
| FH10035063 | 1290732244 | 5/1/2020 | 7/30/2020 | $31,699.92 |
| FH10036985 | 1290734082 | 5/8/2020 | 8/6/2020 | $986.65 |
| FH10037364 | 1290734449 | 5/11/2020 | 8/9/2020 | $12,188.23 |
| FH10037701 | 1290734772 | 5/12/2020 | 8/10/2020 | $7,765.88 |
| FH10038072 | 1290735123 | 5/13/2020 | 8/11/2020 | $7,776.75 |
| FH10038388 | 1290735426 | 5/14/2020 | 8/12/2020 | $9,984.00 |
| FH10038754 | 1290735781 | 5/15/2020 | 8/13/2020 | $1,909.26 |
| FH10039106 | 1290736129 | 5/18/2020 | 8/16/2020 | $14,548.03 |
| FH10039107 | 1290736130 | 5/18/2020 | 8/16/2020 | $14,123.89 |
| FH10039479 | 1290736487 | 5/19/2020 | 8/17/2020 | $3,259.51 |
| FH10039480 | 1290736488 | 5/19/2020 | 8/17/2020 | $9,604.10 |
| FH10039481 | 1290736489 | 5/19/2020 | 8/17/2020 | $6,525.65 |
| FH10039482 | 1290736490 | 5/19/2020 | 8/17/2020 | $9,121.31 |
| FH10039483 | 1290736491 | 5/19/2020 | 8/17/2020 | $2,162.42 |
| FH10039861 | 1290736846 | 5/20/2020 | 8/18/2020 | $2,101.87 |
| FH10039862 | 1290736847 | 5/20/2020 | 8/18/2020 | $6,482.45 |
| FH10040203 | 1290737181 | 5/21/2020 | 8/19/2020 | $6,845.40 |
| FH10041276 | 1290738210 | 5/27/2020 | 8/25/2020 | $2,807.37 |
| FH10041277 | 1290738211 | 5/27/2020 | 8/25/2020 | $10,638.95 |
| FH10041648 | 1290738564 | 5/28/2020 | 8/26/2020 | $6,420.99 |
| FH10041649 | 1290738565 | 5/28/2020 | 8/26/2020 | $5,587.89 |
| FH10041650 | 1290738566 | 5/28/2020 | 8/26/2020 | $6,821.44 |
| FH10041647 | 1290738563 | 5/28/2020 | 8/26/2020 | $3,331.57 |
| FH10042392 | 1290739279 | 6/1/2020 | 8/30/2020 | $13,239.57 |
| FH10042758 | 1290739610 | 6/2/2020 | 8/31/2020 | $9,896.59 |
| FH10042759 | 1290739611 | 6/2/2020 | 8/31/2020 | $6,845.40 |
| FH10043497 | 1290740335 | 6/4/2020 | 9/2/2020 | $8,654.01 |
| FH10043498 | 1290740336 | 6/4/2020 | 9/2/2020 | $8,663.73 |
| FH10043499 | 1290740337 | 6/4/2020 | 9/2/2020 | $4,500.68 |
| FH10043848 | 1290740674 | 6/5/2020 | 9/3/2020 | $1,351.62 |
| FH10043849 | 1290740675 | 6/5/2020 | 9/3/2020 | $449.62 |
| FH10044239 | 1290741060 | 6/8/2020 | 9/6/2020 | $3,622.77 |
| FH10044240 | 1290741061 | 6/8/2020 | 9/6/2020 | $4,791.78 |
| FH10044241 | 1290741062 | 6/8/2020 | 9/6/2020 | $12,004.41 |
| FH10044242 | 1290741063 | 6/8/2020 | 9/6/2020 | $12,907.77 |
| FH10044243 | 1290741064 | 6/8/2020 | 9/6/2020 | $3,022.83 |
| FH10044603 | 1290741408 | 6/9/2020 | 9/7/2020 | $7,758.12 |
| FH10044604 | 1290741409 | 6/9/2020 | 9/7/2020 | $7,257.63 |
| FH10045369 | 1290742149 | 6/11/2020 | 9/9/2020 | $2,096.64 |
| FH10045370 | 1290742150 | 6/11/2020 | 9/9/2020 | $14,133.01 |
| FH10045371 | 1290742151 | 6/11/2020 | 9/9/2020 | $7,497.06 |
| FH10045702 | 1290742476 | 6/12/2020 | 9/10/2020 | $6,151.03 |

# Exhibit A, p. 1

| | | | | |
|---|---|---|---|---|
| FH10045703 | 1290742477 | 6/12/2020 | 9/10/2020 | $6,339.10 |
| FH10046055 | 1290742824 | 6/15/2020 | 9/13/2020 | $7,762.69 |
| FH10046825 | 1290743543 | 6/17/2020 | 9/15/2020 | $1,708.38 |
| FH10046826 | 1290743544 | 6/17/2020 | 9/15/2020 | $4,223.97 |
| FH10047206 | 1290743910 | 6/18/2020 | 9/16/2020 | $1,603.80 |
| FH10047563 | 1290744257 | 6/19/2020 | 9/17/2020 | $1,292.84 |
| FH10047564 | 1290744258 | 6/19/2020 | 9/17/2020 | $6,424.82 |
| FH10048260 | 1290744937 | 6/23/2020 | 9/21/2020 | $1,322.51 |
| FH10049310 | 1290745940 | 6/26/2020 | 9/24/2020 | $12,650.95 |
| FH10049617 | 1290746233 | 6/29/2020 | 9/27/2020 | $3,489.10 |
| FH10050403 | 1290747011 | 7/1/2020 | 9/29/2020 | $3,371.34 |
| FH10050809 | 1290747392 | 7/2/2020 | 9/30/2020 | $5,442.53 |
| FH10050810 | 1290747393 | 7/2/2020 | 9/30/2020 | $3,511.41 |
| FH10051230 | 1290747781 | 7/6/2020 | 10/4/2020 | $10,849.73 |
| FH10051231 | 1290747782 | 7/6/2020 | 10/4/2020 | $9,750.38 |
| FH10052351 | 1290748851 | 7/9/2020 | 10/7/2020 | $12,689.05 |
| FH10052352 | 1290748852 | 7/9/2020 | 10/7/2020 | $4,323.93 |
| FH10052748 | 1290749227 | 7/10/2020 | 10/8/2020 | $3,259.51 |
| FH10053866 | 1290750302 | 7/15/2020 | 10/13/2020 | $8,950.50 |
| FH10053867 | 1290750303 | 7/15/2020 | 10/13/2020 | $13,038.76 |
| FH10053868 | 1290750304 | 7/15/2020 | 10/13/2020 | $3,646.43 |
| FH10054266 | 1290750690 | 7/16/2020 | 10/14/2020 | $3,122.25 |
| FH10054267 | 1290750691 | 7/16/2020 | 10/14/2020 | $1,050.93 |
| FH10054268 | 1290750692 | 7/16/2020 | 10/14/2020 | $4,092.05 |
| FH10054269 | 1290750693 | 7/16/2020 | 10/14/2020 | $4,989.93 |
| FH10054270 | 1290750694 | 7/16/2020 | 10/14/2020 | $5,057.82 |
| FH10054610 | 1290751021 | 7/17/2020 | 10/15/2020 | $9,834.01 |
| FH10054611 | 1290751022 | 7/17/2020 | 10/15/2020 | $3,839.81 |
| FH10054612 | 1290751023 | 7/17/2020 | 10/15/2020 | $3,519.50 |
| FH10054613 | 1290751024 | 7/17/2020 | 10/15/2020 | $5,074.64 |
| FH10055435 | 1290751816 | 7/21/2020 | 10/19/2020 | $1,637.60 |
| FH10055434 | 1290751815 | 7/21/2020 | 10/19/2020 | $5,615.21 |
| FH10056181 | 1290752516 | 7/23/2020 | 10/21/2020 | $5,946.33 |
| FH10056593 | 1290752915 | 7/24/2020 | 10/22/2020 | $5,569.51 |
| FH10056594 | 1290752916 | 7/24/2020 | 10/22/2020 | $6,372.24 |
| FH10056595 | 1290752917 | 7/24/2020 | 10/22/2020 | $7,282.56 |
| FH10056932 | 1290753242 | 7/27/2020 | 10/25/2020 | $1,465.87 |
| FH10057277 | 1290753586 | 7/28/2020 | 10/26/2020 | $4,334.57 |
| FH10057278 | 1290753587 | 7/28/2020 | 10/26/2020 | $2,449.41 |
| FH10057697 | 1290753977 | 7/29/2020 | 10/27/2020 | $2,135.33 |
| FH10057698 | 1290753978 | 7/29/2020 | 10/27/2020 | $2,680.65 |
| FH10058051 | 1290754324 | 7/30/2020 | 10/28/2020 | $3,299.50 |
| FH10058420 | 1290754684 | 7/31/2020 | 10/29/2020 | $5,468.75 |
| FH10058421 | 1290754685 | 7/31/2020 | 10/29/2020 | $7,302.53 |
| FH10058422 | 1290754686 | 7/31/2020 | 10/29/2020 | $4,087.22 |
| FH10058423 | 1290754687 | 7/31/2020 | 10/29/2020 | $3,773.61 |
| FH10058821 | 1290755062 | 8/3/2020 | 11/1/2020 | $5,279.86 |

**Exhibit A, p. 2**

| | | | | |
|---|---|---|---|---|
| FH10058822 | 1290755063 | 8/3/2020 | 11/1/2020 | $7,812.38 |
| FH10059219 | 1290755441 | 8/4/2020 | 11/2/2020 | $5,203.35 |
| FH10059220 | 1290755442 | 8/4/2020 | 11/2/2020 | $6,868.37 |
| FH10059686 | 1290755890 | 8/5/2020 | 11/3/2020 | $6,270.56 |
| FH10060014 | 1290756190 | 8/6/2020 | 11/4/2020 | $2,431.48 |
| FH10060762 | 1290756892 | 8/10/2020 | 11/8/2020 | $3,308.69 |
| FH10060763 | 1290756893 | 8/10/2020 | 11/8/2020 | $2,547.12 |
| FH10060764 | 1290756894 | 8/10/2020 | 11/8/2020 | $11,947.95 |
| FH10061654 | 1290757729 | 8/12/2020 | 11/10/2020 | $8,406.72 |
| FH10062024 | 1290758068 | 8/13/2020 | 11/11/2020 | $5,952.98 |
| FH10062379 | 1290758410 | 8/14/2020 | 11/12/2020 | $1,725.91 |
| FH10062816 | 1290758826 | 8/17/2020 | 11/15/2020 | $1,719.14 |
| FH10062817 | 1290758827 | 8/17/2020 | 11/15/2020 | $6,472.62 |
| FH10062818 | 1290758828 | 8/17/2020 | 11/15/2020 | $7,869.26 |
| FH10062819 | 1290758829 | 8/17/2020 | 11/15/2020 | $6,224.61 |
| FH10062820 | 1290758830 | 8/17/2020 | 11/15/2020 | $10,362.63 |
| FH10063258 | 1290759263 | 8/18/2020 | 11/16/2020 | $3,895.03 |
| FH10063259 | 1290759264 | 8/18/2020 | 11/16/2020 | $7,427.26 |
| FH10064043 | 1290760002 | 8/20/2020 | 11/18/2020 | $3,740.55 |
| FH10064454 | 1290760396 | 8/21/2020 | 11/19/2020 | $6,374.02 |
| FH10064455 | 1290760397 | 8/21/2020 | 11/19/2020 | $6,194.50 |
| FH10064456 | 1290760398 | 8/21/2020 | 11/19/2020 | $5,782.48 |
| FH10064457 | 1290760399 | 8/21/2020 | 11/19/2020 | $3,069.22 |
| FH10064458 | 1290760400 | 8/21/2020 | 11/19/2020 | $8,222.05 |
| FH10064941 | 1290760867 | 8/24/2020 | 11/22/2020 | $1,652.88 |
| FH10065383 | 1290761284 | 8/25/2020 | 11/23/2020 | $2,339.04 |
| FH10065761 | 1290761646 | 8/26/2020 | 11/24/2020 | $15,158.08 |
| FH10065762 | 1290761647 | 8/26/2020 | 11/24/2020 | $3,802.08 |
| FH10065763 | 1290761648 | 8/26/2020 | 11/24/2020 | $2,701.41 |
| FH10066127 | 1290761975 | 8/27/2020 | 11/25/2020 | $5,398.72 |
| FH10066128 | 1290761976 | 8/27/2020 | 11/25/2020 | $13,341.09 |
| FH10066506 | 1290762317 | 8/28/2020 | 11/26/2020 | $4,607.65 |
| FH10066921 | 1290762727 | 8/31/2020 | 11/29/2020 | $919.08 |
| FH10066922 | 1290762728 | 8/31/2020 | 11/29/2020 | $4,600.03 |
| FH10067424 | 1290763219 | 9/1/2020 | 11/30/2020 | $9,285.26 |
| FH10067425 | 1290763220 | 9/1/2020 | 11/30/2020 | $5,384.88 |
| FH10067830 | 1290763607 | 9/2/2020 | 12/1/2020 | $5,085.04 |
| FH10067829 | 1290763606 | 9/2/2020 | 12/1/2020 | $6,190.18 |
| FH10068244 | 1290763973 | 9/3/2020 | 12/2/2020 | $16,139.56 |
| FH10068245 | 1290763974 | 9/3/2020 | 12/2/2020 | $10,370.82 |
| FH10068649 | 1290764356 | 9/4/2020 | 12/3/2020 | $3,235.10 |
| FH10068650 | 1290764357 | 9/4/2020 | 12/3/2020 | $6,372.24 |
| FH10068651 | 1290764358 | 9/4/2020 | 12/3/2020 | $2,528.95 |
| FH10068652 | 1290764359 | 9/4/2020 | 12/3/2020 | $1,643.93 |
| 66006574 | NORUSUSD 2023₄ | 12/3/2020 | 12/3/2020 | -$2,473.00 |
| FH10069047 | 1290764721 | 9/8/2020 | 12/7/2020 | $2,871.94 |
| FH10069048 | 1290764722 | 9/8/2020 | 12/7/2020 | $6,465.54 |

**Exhibit A, p. 3**

| | | | | |
|---|---|---|---|---|
| FH10069049 | 1290764723 | 9/8/2020 | 12/7/2020 | $19,960.36 |
| FH10069466 | 1290765105 | 9/9/2020 | 12/8/2020 | $12,560.25 |
| FH10069946 | 1290765571 | 9/10/2020 | 12/9/2020 | $21,655.24 |
| FH10069947 | 1290765572 | 9/10/2020 | 12/9/2020 | $13,199.64 |
| FH10069948 | 1290765573 | 9/10/2020 | 12/9/2020 | $8,926.11 |
| FH10069949 | 1290765574 | 9/10/2020 | 12/9/2020 | $7,842.48 |
| FH10069950 | 1290765575 | 9/10/2020 | 12/9/2020 | $13,750.13 |
| FH10070769 | 1290766346 | 9/14/2020 | 12/13/2020 | $2,906.04 |
| FH10070770 | 1290766347 | 9/14/2020 | 12/13/2020 | $4,578.37 |
| FH10070771 | 1290766348 | 9/14/2020 | 12/13/2020 | $4,986.78 |
| FH10071207 | 1290766756 | 9/15/2020 | 12/14/2020 | $10,798.02 |
| FH10071208 | 1290766757 | 9/15/2020 | 12/14/2020 | $6,748.44 |
| FH10071209 | 1290766758 | 9/15/2020 | 12/14/2020 | $4,754.94 |
| FH10071571 | 1290767107 | 9/16/2020 | 12/15/2020 | $12,180.33 |
| FH10071572 | 1290767108 | 9/16/2020 | 12/15/2020 | $11,521.99 |
| FH10071573 | 1290767109 | 9/16/2020 | 12/15/2020 | $15,485.91 |
| FH10071976 | 1290767486 | 9/17/2020 | 12/16/2020 | $3,150.28 |
| FH10072754 | 1290768228 | 9/21/2020 | 12/20/2020 | $5,813.45 |
| FH10072755 | 1290768229 | 9/21/2020 | 12/20/2020 | $6,621.27 |
| FH10072756 | 1290768230 | 9/21/2020 | 12/20/2020 | $3,378.13 |
| FH10072757 | 1290768231 | 9/21/2020 | 12/20/2020 | $6,876.91 |
| FH10072758 | 1290768232 | 9/21/2020 | 12/20/2020 | $7,373.59 |
| FH10072759 | 1290768233 | 9/21/2020 | 12/20/2020 | $3,558.51 |
| FH10073116 | 1290768590 | 9/22/2020 | 12/21/2020 | $762.86 |
| FH10073117 | 1290768591 | 9/22/2020 | 12/21/2020 | $21,098.94 |
| FH10073118 | 1290768592 | 9/22/2020 | 12/21/2020 | $7,615.45 |
| FH10073489 | 1290768942 | 9/23/2020 | 12/22/2020 | $14,232.86 |
| FH10073490 | 1290768943 | 9/23/2020 | 12/22/2020 | $4,766.43 |
| FH10073491 | 1290768944 | 9/23/2020 | 12/22/2020 | $3,109.05 |
| FH10073492 | 1290768945 | 9/23/2020 | 12/22/2020 | $13,963.92 |
| FH10073916 | 1290769330 | 9/24/2020 | 12/23/2020 | $7,753.42 |
| FH10074377 | 1290769779 | 9/25/2020 | 12/24/2020 | $1,971.57 |
| FH10074761 | 1290770148 | 9/28/2020 | 12/27/2020 | $12,273.82 |
| FH10075161 | 1290770536 | 9/29/2020 | 12/28/2020 | $1,257.56 |
| FH10075162 | 1290770537 | 9/29/2020 | 12/28/2020 | $6,199.25 |
| FH10075512 | 1290770876 | 9/30/2020 | 12/29/2020 | $13,773.85 |
| FH10075513 | 1290770877 | 9/30/2020 | 12/29/2020 | $3,786.16 |
| FH10075514 | 1290770878 | 9/30/2020 | 12/29/2020 | $1,505.58 |
| FH10075898 | 1290771238 | 10/1/2020 | 12/30/2020 | $9,417.32 |
| FH10075899 | 1290771239 | 10/1/2020 | 12/30/2020 | $6,133.37 |
| FH10075900 | 1290771240 | 10/1/2020 | 12/30/2020 | $2,362.03 |
| FH10075901 | 1290771241 | 10/1/2020 | 12/30/2020 | $14,372.52 |
| FH10076292 | 1290771618 | 10/2/2020 | 12/31/2020 | $490.28 |
| FH10076699 | 1290772014 | 10/5/2020 | 1/3/2021 | $16,164.16 |
| FH10077136 | 1290772419 | 10/6/2020 | 1/4/2021 | $19,142.85 |
| FH10077512 | 1290772775 | 10/7/2020 | 1/5/2021 | $12,491.87 |
| FH10077899 | 1290773135 | 10/8/2020 | 1/6/2021 | $5,562.12 |

**Exhibit A, p. 4**

| | | | | |
|---|---|---|---|---|
| FH10077900 | 1290773136 | 10/8/2020 | 1/6/2021 | $7,752.42 |
| FH10078798 | 1290774020 | 10/12/2020 | 1/10/2021 | $6,113.03 |
| FH10079738 | 1290774910 | 10/14/2020 | 1/12/2021 | $5,572.21 |
| FH10079739 | 1290774911 | 10/14/2020 | 1/12/2021 | $10,712.51 |
| FH10079740 | 1290774912 | 10/14/2020 | 1/12/2021 | $14,406.02 |
| FH10080128 | 1290775274 | 10/15/2020 | 1/13/2021 | $17,783.97 |
| FH10080538 | 1290775646 | 10/16/2020 | 1/14/2021 | $2,911.90 |
| FH10082555 | 1290777581 | 10/23/2020 | 1/21/2021 | $10,001.57 |
| FH10082556 | 1290777582 | 10/23/2020 | 1/21/2021 | $11,281.90 |
| FH10083272 | 1290778255 | 10/27/2020 | 1/25/2021 | $1,582.66 |
| FD20002636 | 2290027690 | 10/27/2020 | 1/25/2021 | -$752.76 |
| FH10083724 | 1290778683 | 10/28/2020 | 1/26/2021 | $8,522.32 |
| FH10083725 | 1290778684 | 10/28/2020 | 1/26/2021 | $9,128.69 |
| 64003035 | 1290779389 | 11/1/2020 | 1/28/2021 | $555.36 |
| FH10084944 | 1290779840 | 11/2/2020 | 1/31/2021 | $14,526.86 |
| FD20002728 | 2290027768 | 11/4/2020 | 2/2/2021 | -$500.00 |
| 64003036 | 1290781143 | 11/1/2020 | 2/4/2021 | $490.53 |
| 64003040 | 1290781824 | 11/6/2020 | 2/8/2021 | -$703.74 |
| FD20002777 | 2290027811 | 11/12/2020 | 2/10/2021 | -$1,215.74 |
| FD20002778 | 2290027812 | 11/12/2020 | 2/10/2021 | -$1,215.74 |
| 64003037 | 1290782825 | 11/4/2020 | 2/11/2021 | $684.62 |
| 64003038 | 1290783253 | 11/9/2020 | 2/14/2021 | $529.73 |
| FD20002829 | 2290027856 | 11/17/2020 | 2/15/2021 | -$73.13 |
| 64003039 | 1290784407 | 11/17/2020 | 2/17/2021 | -$262.95 |
| 64003181 | | 12/3/2020 | 2/18/2021 | $95.24 |
| 64003181 | | 12/3/2020 | 2/23/2021 | -$28.91 |
| 64003181 | | 12/3/2020 | 3/3/2021 | $51.49 |
| FH10094953 | 1290789258 | 12/10/2020 | 3/10/2021 | $2,457.24 |
| | | | **Total Due** | **$1,371,857.73** |

# Exhibit A, p. 5